**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Cole Allen Schnee, | ) | |
| | ) | Case No. 1:19-cr-032 |
| Defendant. | ) | |

On April 16, 2019, defendant filed a Motion for Furlough in which he requested to be temporarily released to his mother's custody so that he could attend his aunt's funeral on April 22, 2019, in Minot. On April 17, 2017, the court granted defendant's motion in part and ordered that he be released to his mother no earlier than 7:00 a.m. and return to HACTC no later than 4:00 p.m. on April 22, 2019.

The court has since been advised by the United States Marshal's office that there is an active state warrant for defendant that local authorities intend to execute upon defendant's temporary release. Given these circumstances, the court **VACATES** its order granting in part defendant's Motion for Furlough.

**IT IS SO ORDERED.**

Dated this 19th day of April, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court