# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER AMENDING CONDITIONS** |
| | ) | **OF RELEASE** |
| v. | ) | |
| | ) | |
| Cole Allen Schnee, | ) | Case No.: 1:19-cr-00032 |
| | ) | |
| Defendant. | ) | |

On August 22, 2025, Defendant was ordered conditionally released to Prairie Recovery Center in Raleigh, North Dakota. (Doc. No. 176). Upon consultation with United States Pretrial Services and Probation, the court modifies its previous order so that condition three, focusing on location monitoring, be stricken. Defendant remains subject to all other previously imposed conditions of release.

**IT IS SO ORDERED.**

Dated this 22nd day of August, 2025.

>  */s/ Clare R. Hochhalter*
>  Clare R. Hochhalter, Magistrate Judge
>  United States District Court